United States District Court

Eastern District of California

| | |
|---|---|
| Emily Fernandez; Kelly Fernandez,<br><br>    Plaintiffs,<br><br>    v.<br><br>Dignity Health dba St. Elizabeth Community Hospital,<br><br>    Defendant. | Case No. 13-cv-00742-WBS-CMK<br><br>**Order Granting Amended Joint Notice to Reschedule Motion to Strike Affirmative Defenses in Dignity Health dba St. Elizabeth Community Hospital's Answer**<br><br>Hon. William B. Shubb |

1  Pursuant to Plaintiffs Emily Fernandez and Kelly Fernandez' and
2  Defendant Dignity Health dba St. Elizabeth Community Hospital's Amended
3  Joint Notice to Reschedule Motion, and with good cause appearing, IT IS
4  HEREBY ORDERED that the hearing date of Plaintiff's Motion to Strike
5  Affirmative Defenses in Dignity Health dba St. Elizabeth Community
6  Hospital's Answer is hereby rescheduled to December 16, 2013 at 2:00 p.m.

8  IT IS SO ORDERED.

10  Dated:  September 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE