DOWNEY BRAND LLP
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
mhans@downeybrand.com

Attorneys for Defendant
Defendant Dignity Health
dba St. Elizabeth Community Hospital


Scottlynn J Hubbard, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiffs
Emilio and Kelly Fernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emilio and Kelly Fernandez,<br><br>            Plaintiffs,<br><br>    v.<br><br>Dignity Health<br>dba St. Elizabeth Community Hospital,<br><br>            Defendant. | Case No.  2:13-cv-00742 WBS CMK<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DATES** |

Plaintiffs Emilio and Kelly Fernandez (hereinafter "Plaintiffs") and Defendant Dignity Health dba St. Elizabeth Community Hospital ("Defendant"), through their counsel of record, hereby stipulate, and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and this Court's Status (Pretrial Scheduling) Order filed on July 19, 2013 (hereinafter the "Scheduling Order") to extend the date for disclosure of expert witnesses, and related deadlines,

as set forth herein:

1. To extend the date for expert designations in the Status (Pretrial Scheduling) Order filed by the Court on July 19, 2013 (hereinafter the "Scheduling Order") from November 18, 2013 to January 2, 2014 and to extend the date for rebuttal expert witness disclosures from December 20, 2013 to January 31, 2014. As such, the Parties must now file with the Court and serve upon all other parties a final list of the names of all experts that they propose to tender at trial no later than January 2, 2014. At the time of designation, all experts shall submit a written report in compliance with Federal Rule of Civil Procedure 26(a)(2)(B). All experts so designated shall be fully prepared to render an informed opinion at the time of designation so that they may fully participate in any deposition taken by the opposing party. As provided for in Federal Rule of Civil Procedure 26(a)(2)(C)(ii), a party may file with the court and serve upon all other parties the identity of any expert offered solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) no later than January 31, 2014. The identification of the rebuttal expert must comply with Rule 26(a)(2)(A) and be accompanied by a written report in compliance with Rule 26(a)(2)(B).

2. All other dates contained in the July 19, 2013 Scheduling Order shall remain the same.

3. Good cause for this stipulation to extend the dates for disclosure of expert witnesses exists for several reasons. Currently, the Plaintiffs' Motion to Strike all of Defendant's affirmative defenses is scheduled to be heard on December 30, 2013 and any ruling thereon may affect the issues for trial. In addition, the Parties continue to engage in settlement negotiations that may remove the need for expert witnesses entirely. Thus, permitting the Parties more time to explore settlement prior to expert disclosures will serve judicial economy. For these reasons, the Parties believe it is necessary to extend the deadlines contained herein in order allow the parties additional time to explore settlement. Good cause also exists because the other deadlines set forth in the Scheduling Order are unaffected by these continuances.

4. The Parties further agree that this Stipulation and Order may be executed in counterparts and by facsimile signatures.

| | |
|---|---|
| DATED:  November 18, 2013 | DOWNEY BRAND LLP |
| | By:         [/s/]<br>MONICA S. HANS<br>Attorney for Defendant<br>Dignity Health dba St. Elizabeth Community Hospital |
| DATED:  November 18, 2013 | DISABLED ADVOCACY GROUP, APLC |
| | By:  //S/SCOTTLYNN J. HUBBARD<br>(As authorized on 11-18-13)<br>Scottlynn J Hubbard, IV<br>Attorney for Plaintiffs<br>Emilio Fernandez and Kelly Fernandez |

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that all opening expert witness disclosures pursuant to Rule 26(a)(2) shall be made on or before January 2, 2014 and any contradictory and/or rebuttal expert disclosures pursuant to Rule 26(a)(2)(c) shall be made on or before January 31, 2014. All other dates contained in the July 19, 2013 Scheduling Order shall remain the same.

**IT IS SO ORDERED**.

Dated:  November 20, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO EXTEND EXPERT DISCLOSURE DATES