SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

MONICA S. HANS, SBN 227379
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916.444.1000
Facsimile: 916.520.5782
Email: mhans@downeybrand.com

Attorneys for Defendant
DIGNITY HEALTH

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO FERNANDEZ; KELLY FERNANDEZ,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DIGNITY HEALTH dba ST. ELIZABETH COMMUNITY HOSPITAL; DR. JOHN DOE,<br><br>        Defendants.<br>_____/ | Case No. 2:13-cv-00742-WBS-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL and [Proposed] ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

   Plaintiffs, Emilio Fernandez and Kelly Fernandez, and defendant, Dignity Health dba St. Elizabeth Community Hospital, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 7, 2014           DISABLED ADVOCACY GROUP, APLC


                                /s/   Scottlynn J Hubbard
                               Scottlynn J Hubbard IV
                               Attorney for Plaintiffs


Dated: April 7, 2014           DOWNEY BRAND LLP


                                /s/   Monica S. Hans
                               Monica S. Hans
                               Attorney for Defendant Dignity Health


## ORDER

   IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of plaintiff, USDC Case No. 2:13-cv-00742-WBS-CMK, is dismissed with prejudice in its entirety as to all parties.

Dated:  April 8, 2014

                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE